IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO.  5:14cr6-RH

VIRGIL DALE STREBECK,

     Defendant.

_____/

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

A petition was filed on July 16, 2015, charging the defendant Virgil Dale Strebeck with one violation of the conditions of supervised release.  ECF No. 5.  At a hearing on August 20, 2015, Mr. Strebeck admitted his guilt and was found guilty.  The violation was unlawfully driving under the influence in violation of Florida law.

As announced on the record of the hearing, Mr. Strebeck's conditions of supervised release are modified to add the following condition:

> The defendant must serve **three months** on home detention, with electronic monitoring, beginning at a time set by the probation officer.  While on home detention, the defendant must be in the defendant's residence except for absences approved by the probation officer in advance for gainful employment, community service, religious services, medical

care, education or training, or other similar purposes.   The costs of home detention are not assessed against the defendant.

All other conditions of supervised release remain the same.

SO ORDERED on August 21, 2015.

s/Robert L. Hinkle<br>United States District Judge